## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------------

| | | |
|---|---|---|
| EVELYN BIPTAR, *individually and* | : | |
| *on behalf of all others similarly situated* | : | Civil Action No.: 20-3244 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SAMARITANS-AT-LAST, LLC | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------

### JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff Evelyn Biptar ("Plaintiff"), having reached a preliminary resolution of her claims under the Fair Labor Standards Act and the Pennsylvania Minimum Wage Act against Defendant Samaritans-At-Last, LLC (collectively with Plaintiff, the "Parties"), hereby moves unopposed before this Honorable Court for an Order approving the Parties' proposed Settlement Agreement.

The parties' arguments in support of this Joint Motion are explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated herein by reference.

Respectfully submitted,

| | |
|---|---|
| */s/ Preeya Bansal* | /s/ *Amanda Steinke* |
| Preeya Bansal, Esq. | Amanda Steinke, Esq. |
| Murphy Law Group, LLC | Stephanie Peet, Esq. |
| Eight Penn Center, Suite 2000 | Jackson Lewis, P.C. |
| 1628 John F. Kennedy Blvd. | 1601 Cherry Street, St. 1350 |
| Philadelphia, PA 19103 | Philadelphia, PA 19102 |
| pbansal@phillyemploymentlawyer.com | Amanda.Steinke@JacksonLewis.com |
| *Attorneys for Plaintiff* | Stephanie.Peet@JacksonLewis.com |
| | *Attorneys for Defendant* |

Dated: June 25, 2021

2

## <u>CERTIFICATE OF SERVICE</u>

I, Preeya Bansal, Esquire, hereby certify that on the date below, I caused a true and correct copy of the foregoing to be filed via ECF filing, which will send notification of such filing the following counsel:

Amanda Steinke, Esq.
Stephanie Peet, Esq.
Jackson Lewis, P.C.
1601 Cherry Street, St. 1350
Philadelphia, PA 19102
Amanda.Steinke@JacksonLewis.com
Stephanie.Peet@JacksonLewis.com
*Attorneys for Defendant*

                                       */s/ Preeya Bansal*
                                       Preeya Bansal, Esq.

Dated: June 25, 2021